157 A.3d 476

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Nathan Lee SKIDMORE, Petitioner**

**No. 313 MAL 2016**

Supreme Court of Pennsylvania.

September 12, 2016

## ORDER

PER CURIAM

**AND NOW,** this 12th day of September, 2016, the Petition for Allowance of Appeal is **DENIED.**